IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ESTATE OF TIERRA HILL

                                                ORDER

              Plaintiff,

                                              06-cv-732-bbc

    v.

MARIE RICHARDS, in her individual
capacity,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Because of the death of plaintiff's counsel's mother, trial in this case is continued until Monday, March 3, 2008, a change that would not have been possible had defendant's counsel not agreed to allow one of his important witnesses to testify by videotape. His willingness to do this in order to accommodate the change in schedule is much appreciated.

      The final pretrial conference is continued to Thursday, February 28, 2008 at 4:00.

      Entered this 19th day of February, 2008.

                                              BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge