IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THE ESTATE OF TIERRA HILL and
MINNIE MARIE HILL,

       Plaintiffs,

v.

MARIE RICHARDS (in her individual and
official capacities), PRISON HEALTH
SERVICES, INC., MENTAL HEALTH
CENTER OF DANE COUNTY, and DANE
COUNTY,

       Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 3:06-cv-00732-bbc

This action came before the court and a jury with District Judge BARBARA B. CRABB presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing plaintiffs' case in its entirety.

Approved as to form this 11th day of March, 2008.

_____
BARBARA B. CRABB,
District Judge

_____
Theresa M. Owens, Clerk of Court

MAR 1 1 2008
_____
Date